KEVIN D. REESE, State Bar No. 172992
kevin.reese@ogletreedeakins.com
TIMOTHY L. REED, State Bar No. 258034
timothy.reed@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
SIMPLEXGRINNELL, LP (erroneously sued
as SIMPLEXGRINNELL)

SHELLEY G. BRYANT, State Bar No. 222925
AMANDA B. WHITTEN, State Bar No. 251160
BRYANT WHITTEN, LLP
8050 North Palm Avenue, Suite 210
Fresno, CA 93711
Telephone:    559.494.4910
Facsimile:    559.421.0369

Attorneys for Plaintiff
THOMAS OBERTS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS OBERTS,<br><br>                     Plaintiff,<br><br>          v.<br><br>SIMPLEXGRINNELL, an unknown business entity, and Does 1 through 20, inclusive,<br><br>                     Defendant. | Case No. 1:12-cv-01942-LJO-GSA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  October 24, 2012 |

IT IS HEREBY STIPULATED by and between parties to this action through their

designated counsel that the above-captioned action be, and hereby is, dismissed with prejudice

pursuant to Fed.R.Civ.P. 41(a).  Each side shall bear its own attorneys' fees and costs.

DATED:  February 12, 2014          OGLETREE, DEAKINS, NASH, SMOAK &
                                   STEWART, P.C.


                                   By:  /s/ Kevin D. Reese
                                        KEVIN D. REESE
                                        TIMOTHY L. REED
                                        Attorneys for Defendant
                                        SIMPLEXGRINNELL, LP (erroneously sued as
                                        SIMPLEXGRINNELL)


DATED:  February 12, 2014          BRYANT WHITTEN, LLP


                                   By:  /s/ Shelley G. Bryant (as authorized on 02/12/14)
                                        SHELLEY G. BRYANT
                                        AMANDA B. WHITTEN
                                        Attorneys for Plaintiff
                                        THOMAS OBERTS


                                   **ORDER**

The above-captioned action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a).

Each side shall bear its own attorneys' fees and costs.  The clerk is directed to close this action.


IT IS SO ORDERED.

   Dated:  **February 12, 2014**          **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE